UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Robert Joseph Gaspard  Case No.: 10-81763
Sheila Guillot Gaspard

## CHAPTER 13 PLAN

I. Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $650 for thirty (30) months, then $1,100 for thirty (30) months, for a total of sixty (60) months.

II. Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Cottonport Bank** collateral - Residence | $112,953.00 | $1,007.00 |
| **Cottonport Bank** collateral - 2005 Ford and tractor | $ 11,921.00 | $ 450.00 |

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride and Collier shall receive attorney and administrative fees of $3,164 which includes attorney fees of $2,800, court costs fee of $274, credit counseling fee of $40, credit report fee of $50. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS AND** Secured claims, special class claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

1. Personal Property:

HSBC/Kawasaki: collateral - 2007 Kawasaki; estimated secured claim of $1,896 to be paid with interest at 6%.

State Farm Financial Services: collateral - 2007 Ford F-150; estimated secured claim of $19,401 to be paid with interest at 6%.

Discover Financial Services: collateral - co-signed; estimated secured claim of $16,059 to be paid with interest at 6%.

**C. PRIORITY.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims listed on Schedule F as unsecured or as undersecured on Schedule D will be treated as General Unsecured Claims and will receive a minimum of 15% of the claims.

IV. **TAX PLEDGE.** In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2010, 2011 and 2012 tax years.

Respectfully submitted this 11th day of November, 2010.

MCBRIDE & COLLIER

/s/ Thomas C. McBride
THOMAS C. MCBRIDE, # 9210
VIRGINIA W. BROWN, # 2194
301 Jackson Street, Suite 101
Alexandria, LA 71301
Phone: (318) 445-8800